1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 ALEXANDER VAKOULA and        )
   YEKATERINA POLOSUKHINA,      )   No. C 08-0876 BZ
13                              )
                 Plaintiffs,    )
14                              )   **STIPULATED DISMISSAL and**
        v.                      )   [PROPOSED] **ORDER**
15                              )
   Department of Homeland Security, )
16 Michael Chertoff, Secretary, et al., )
                                )
17               Defendants.    )

18 ─────────────────────────────

19     Plaintiffs, by and through their attorneys of record, and Defendants, by and through their
20 attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-
21 entitled action without prejudice in light of the fact that the United States Citizenship and
22 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and
23 agrees to do so within 30 days of the dismissal of this action.
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATED DISMISSAL
No. C 08-0876 BZ

1  The parties shall bear their own costs and fees.

2  Dated: March 7, 2008                           Respectfully submitted,

3                                                 JOSEPH P. RUSSONIELLO
                                                  United States Attorney
4

5                                                          /s/
                                                  MELANIE L. PROCTOR[1]
6                                                 Assistant United States Attorney

7  Dated: March 7, 2008

8                                                          /s/
                                                  MARINA SEREBRYANAYA
9                                                 Attorney for Plaintiffs

10

11                              **ORDER**

12    Pursuant to stipulation, IT IS SO ORDERED.

13  Date: 10 March 08

14                                                BERNARD ZIMMERMAN
                                                  United States Magistrate Judge

---

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 08-0876 BZ                          2